NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE CARMINE'S BROADWAY FEAST INC.

---

2010-1528

(Serial No. 78/934,642)

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

---

## ON MOTION

---

## O R D E R

The appellant moves for a 45-day extension of time, until February 21, 2011, to file its principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

DEC 2 8 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Beth A. Chapman, Esq.
Raymond T. Chen, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 8 2010

JAN HORBALY
CLERK